IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BERRY MORROW,
ADC #143825                                                                                          PLAINTIFF

v.                             CASE NO. 5:14CV00160 BSM

ARKANSAS DEPARTMENT OF
CORRECTION, et al.                                                                            DEFENDANTS

### ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After reviewing the recommendations, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects.

Accordingly, plaintiff Berry Morrow's claims are dismissed without prejudice pursuant to Local Rule 5.5(c)(2) for failure to comply with court orders.

IT IS SO ORDERED this 14th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE