IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BERRY MORROW,
ADC #143825                                                                                            PLAINTIFF

v.                             CASE NO. 5:14CV00160 BSM

ARKANSAS DEPARTMENT OF
CORRECTION, et al.                                                                                 DEFENDANTS

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 14th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE